Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE CHARLES, ) <br> ) <br> Defendant. ) <br> ) | NO. CR07-249RSM <br><br> ORDER EXTENDING TIME PERIOD FOR DEFENDANT'S COMPETENCY EXAMINATION |

This Court, having directed that the defendant be committed to the custody of the Attorney General for a dangerousness evaluation, and having received a request to extend the defendant's examination period for an additional thirty days,

IT IS HEREBY ORDERED, the defendant's commitment to the custody of the Attorney General, for the purpose of evaluating whether the defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person, as directed by this Court on September 19, 2008, shall be extended for an additional thirty days.

DATED this 9th day of January, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR DANGEROUSNESS EVALUATION — 1
*U.S. v. George Charles*, CR07-249RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970