1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE CHARLES,

Defendant.

NO.  CR07-249- RSM

ORDER ALLOWING LIMITED
RELEASE OF COMPETENCY
DOCUMENTS

This matter comes before the Court on an Unopposed Motion for Limited Release of Competency Documents. The Court finds that the Motion is made in good faith and the requested documents may be relevant and material to an ongoing criminal case in Tulalip Tribal Court.

NOW, THEREFORE, it is hereby ORDERED that the following documents may be disclosed to the parties listed below:

- The November 8, 2007, Forensic Psychological Evaluation of Dr. Delton Young
- The February 8, 2008, Forensic Evaluation of Dr. Mark McClung
- The Bureau of Prisons Forensic Evaluation dated June 10, 2008
- The Bureau of Prisons Forensic Evaluation dated December 1, 2008

The Government may disclose the above documents to the following parties in Tulalip Tribal Court, case number TUL-CR-SO-2022-0028, and to no other parties:

Order Allowing Limited Release of Competency Documents
*U.S. v. Charles*
(CR07-249 RSM) - 1

1

- The Tulalip Tribal Prosecutor;

2

- Tulalip Tribal defense counsel for Mr. Charles;

3

- Any mental health examiners, forensic psychologists, or forensic

4

  psychiatrists who examine Mr. Charles for purposes of competency, and/or

5

  for purposes of determining his mental status at the time of the alleged

6

  offense;

7

- The Tulalip Tribal Judge

8

9

DATED this 28th day of April 2022.

10

11

12

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

Presented by:

17

*/s/Michael J. Lang*
MICHAEL LANG

18

Assistant United States Attorney

19

20

Reviewed by:

21

22

*/s Corey Endo*
Corey Endo

23

Federal Public Defender's Office

24

25

26

27

28

Order Allowing Limited Release of Competency Documents
*U.S. v. Charles*
(CR07-249 RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970